JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

JOSE JOEL CALLES RIVERA,
Petitioner,
v.
WARDEN, ADELANTO DETENTION FACILITY, et al.,
Respondents.

No. 5:26-cv-04969-BFM

**JUDGMENT**

Pursuant to the Order Denying Petition (ECF 10), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is denied with prejudice. The Court directs the Clerk of Court to close this case.

DATED: September 28, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE